UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH M. TEETER and DONALD CARTER, Co-Administrators of the ESTATE OF JODI LEANN HARMS, aka JODI L. HARMS, aka JODI HARMS, Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>NEWREZ LLC;  NEW RESIDENTIAL INVESTMENT CORP, nka Rithm Cap; NEW RESIDENTIAL MORTGAGE, LLC; SHELLPOINT PARTNERS, LLC; SHELLPOINT MORTGAGE SERVICING; CITIZEN'S BANK, NATIONAL ASSOCIATION; JOHN DOES I through V, Individuals; ABC Corp; XYZ LLP; and LMN LLC,<br><br>Defendants. | CASE NO.  3-22-CV-00449-ART-CSD<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL PURSUANT  TO FRCP 41(a)(1)(A)(ii) AND ORDER OF DISMISSAL** |

1

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs, Joseph Teeter and Donald Carter, Co-Administrators of the Estate of Jodi Leann Harms, and Defendants, NewRez, LLC; New Residential Investment Corp nka RithmCap; New Residential Mortgage, LLC; Shellpoint Partners, LLC; Shellpoint Mortgage Servicing; and Citizens Bank, National Association, by and through their undersigned attorneys, hereby agree and stipulate, in consideration of a negotiated settlement, that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties named herein, with each party bearing that party's own attorneys' fees and costs.

DATED:   This 30th day of March, 2023.

| STEPHENS LAW, LLP | AKERMAN LLP |
|---|---|
| /s/ Sandra Newmark-Stephens | /s/ Melanie D. Morgan |
| SANDRA NEWMARK-STEPHENS, ESQ.<br>Nevada Bar No. 7114<br>WALLACE D. STEPHENS, ESQ.<br>Nevada Bar No. 2116<br>7655 Town Square Way, Suite 220<br>Reno, Nevada 89523 | MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 |
| *Attorneys for Joseph M. Teeter and Donald Carter, Co-Administrators of the Estate of Jodi Leann Harms, aka Jodi L. Harms, aka Jodi Harms* | *Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing; New Residential Investment Corp. nka Rithm Capital; New Residential Mortgage, LLC; Shellpoint Partners, LLC; and Citizens Bank, N.A.* |

///

///

///

///

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, under the Federal Rule of Civil Procedure 42(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND IS DISMISSED WITH PREJUDICE as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: April 3, 2023

                                                                                            _____
                                                                                            Anne R. Traum
                                                                                            United States District Court Judge